UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Patrick Allen | : | Chapter 13 |
| | : | |
|     Debtor (s) | : | Case No.: 16-16716AMC |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtor, by and through his undersigned counsel, hereby move to modify his Chapter 13 Plan and in support thereof aver as follows:

1. Debtor filed a Chapter 13 Bankruptcy on or about September 23rd, 2016.

2. The Chapter 13 filing was assigned case number 16-16716AMC.

3. On or about May 19th, 2017 Bank of America, N.A as "Movant," filed a Motion for Relief from the Automatic Stay due to the Debtor's failure to make regular and timely mortgage payments post filing.

4. On or about June 6th, 2017, a Stipulation for Settlement was signed and agreed upon by Counsel for Movant and the Debtor in settlement of the motion for relief from the Automatic Stay. A true and correct copy of the proposed Stipulation is attached hereto and labeled as **"Exhibit A."**

5. Per the Stipulation, the Debtor is desirous of curing $5,591.58 of post-petition mortgage arrears through his Chapter 13 Plan in accordance with paragraph 3 of the Stipulation. **See Id.**

6. The Debtor's proposed modified Chapter 13 Plan, attached hereto as **"Exhibit B"**, in paragraph 5, includes said post-petition arrears in addition to the pre-petition arrears stated in Movant's proof of claim.

7. This modification to the Chapter 13 Plan is feasible and will allow the Debtor to keep his residence.

WHEREFORE, the Debtor requests that he be permitted to modify their Chapter 13 Plan for the above stated reasons.

Dated: June 8, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107