UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 12, 2017

To: **Brad J. Sadek, Esquire**
    **1315 Walnut Street**
    **Suite 502**
    **Philadelphia, PA 19107**

                              In re: **Patrick N. Allen**
                              Bankruptcy No. **16-16716**
                              Adversary No.
                              Chapter **13**

        Re: <u>**Application for Compensation**</u>

The above pleading was filed in this office on **10/19/2017.**
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        ()    Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    $31.00 Filing Fee for Amendments
        ()    $25.00 Claims Transfer Fee
        **(XX) Other-Certificate of No Response needs to be
              filed.**

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                    Timothy B. McGrath
                    Clerk

                    By: <u>Antoinette Stevenson</u>
                        Deputy Clerk

status.frm
(rev. 2/04/14)